**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Alfredo A Bless,

     Plaintiff,

v.                                **CASE NO.:**

Centurion Health of Florida, LLC, et al.,

     Defendants.

_____/

## DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT TO FEDERAL COURT

Defendants, Centurion of Florida, LLC, Roberto Cruz Gomez, MD, and Kenifer Crespo, HSA, hereby remove this matter from the Circuit Court of the Eleventh Judicial Circuit in and for Miami Dade County, Florida, to the United States District Court for the Southern District of Florida, pursuant to 28 U.S.C. § 1331, § 1441, and § 1446.  The grounds for removal are as follows:

1.     Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over the Complaint filed by Plaintiff against Defendants and others.  *See* **Exhibit A**, a true and correct copy of Plaintiff's Complaint against Defendants filed in state court.

2.     Federal district courts have original jurisdiction of all civil actions arising under the Constitution and laws of the United States. The instant case involves Eighth Amendment prisoner claims for deliberate indifference as well as

claims under the Americans with Disabilities Act (ADA) against Defendants, and others, brought under 42 U.S.C. §1983, 42 U.S.C. § 12101.

3.      Alfredo Bless is a Florida Department of Corrections inmate who was incarcerated at Dade Correctional Institution during the events described in Plaintiff's Complaint.[1]

4.      On or about October 2, 2024, Plaintiff filed the Complaint alleging discrimination under the ADA and violations of his Eighth Amendment rights stemming from medical treatment he received while incarcerated[2]. Plaintiff also asserts claims for "Florida Tort Violations," "Violation of the Florida Constitution Article 1, Section 17 on Cruel and Unusual Punishment," Florida "Religious Freedom Restoration Act of 1999,"and the Florida "Civil Rights Act of 1992." *See* **Exhibit A.**

5.      In the state court complaint, Plaintiff seeks damages and relief for the medical deliberate indifference under the Eighth Amendment against Defendants. Plaintiff also seeks damages and relief for discrimination under the ADA. This Court has supplemental jurisdiction over Plaintiff's Florida constitutional and tort claims asserted against the Defendants in the Complaint.

---

[1] *See* https://pubapps.fdc.myflorida.com/OffenderSearch/detail.aspx?Page=Detail&DCNumber=S51819&TypeSearch=AI

[2] *Alfredo A Bless, vs. Centurion Health of Florida, LLC,, et al* (Case No.: 2024-019008-CA-011). *See also* **Exhibit A**.

6.      Removal to this District is appropriate pursuant to 28 U.S.C. § 1441(a) because the underlying state court action was filed in Miami Dade County, Florida.

7.      This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it was filed within thirty (30) days of Defendants' receipt of service of the state court Summons and Complaint.  (Defendants were served on November 18, 2024.) *See* **Exhibit A**.

8.      In accordance with 28 U.S.C. § 1446(a), Defendant attaches and files with the Clerk of this Court true and legible copies of all process, pleadings, orders and other papers on file with the Circuit Court for Miami Dade County, Florida. (**Exhibit A**).

9.      Pursuant to 28 U.S.C. § 1446(d), Defendants have provided written notice to Plaintiff and has filed a copy of this Notice of Removal with the Clerk of the Circuit Court for Miami Dade County, Florida.

**WHEREFORE**, Defendants Centurion of Florida, LLC, Roberto Cruz Gomez, MD, and Kenifer Crespo, HSA, respectfully notice the removal of the action now pending against them in the Circuit Court of the Eleventh Judicial Circuit in and for Miami Dade County, Florida, Case No. 2024-019008-CA-011, to the United States District Court for the Southern District of Florida.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on December 18, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ *Ethen R. Shapiro*

Ethen R. Shapiro (FBN 669881)
Rachel E. Eilers (FBN 1019587)
Hill, Ward & Henderson, P.A.
101 East Kennedy Blvd., Suite 3700
Tampa, Florida 33602
(813)221-3900
(813)221-2900 - facsimile
ethen.shapiro@hwhlaw.com
*Attorney for Defendants Centurion of Florida, LLC, Roberto Cruz Gomez, MD, and Kenifer Crespo, HSA.*

20376310v1

4